THE PEOPLE OF THE STATE OF NEW YORK *v.* LAN-
SING AND OTHERS.

*Execution—Satisfaction.*

CLERKE, J.—Upon the failure of the bank of Oliver Lee and Co.,
James M. Smith was appointed receiver of its property and ef-
fects, about September, 1857, and afterward, as such receiver,
commenced an action in the Supreme Court against Henry L.
Lansing, president of the bank, to compel him to convey real
estate belonging to it, which he had procured to be conveyed to
him, and which he claimed to hold to secure himself, Dean Rich-
mond, and others, against the liabilities which he and they had
incurred as sureties for the bank. In August, 1859, a judgment
was obtained in that action, directing Lansing to make the con-
veyance. This judgment was, upon appeal, reversed by the Gen-
eral Term ; and upon appeal to the Court of Appeals, the judg-
ment of the General Term was reversed, and that of the Special
Term affirmed. A notice of lis pendens in this action was filed in
the office of the Clerk of Erie county, on the 8th day of April,
1858. At the time the Plaintiffs bid off the premises at the
Sheriff's sale, under the execution in the action which they had
brought, they had actual notice of the pendency of the action
brought by the receiver, of the judgments which had been render-
ed thereon, and of the appeal then pending in the Court of Ap-
peals. The judgment obtained by the Plaintiffs against Lan-
sing and others, under which the execution to which I have re-
ferred was issued, was recovered on the 14th of January, 1860, for
the sum of $20,714.87. This judgment, duly docketed in the county
of Albany, and a transcript thereof, was duly filed and docketed on
the 16th of January, 1860, in the county of Erie. The Sheriff of
Erie, after due notice, under the execution issued in this judg-
ment, sold the real estate which the Supreme Court, in the action

brought by the receiver, had adjudged should be conveyed by Lansing to him.

Subsequently to the decision of the Court of Appeals, the said real estate was sold by a referee on the 2d of July, 1862, under direction of the Superior Court, for the sum of $13,187 over and above the expenses of the sale. After the sale, and on the 18th of September, 1862, the Defendants in this action presented a petition to the Superior Court, asking for a distribution of the proceeds of the sale; and the Court granted an order requiring the receiver, the treasurer of the Plaintiffs, and others, to show cause why the distribution should not be made. Upon proof of service of the order, the Court, on the 26th of September, 1862, directed the distribution, and Richmond received $10,493.09, Lansing $1,049.48, and the Plaintiffs' treasurer $1,644.43. For the recovery of this money paid to Richmond and Lansing, this action was brought. On these facts, the decision of the referee was correct.

The execution, issued upon the judgment in favor of the Plaintiffs against Lansing and others, was returned satisfied, and remains on record in full force. It cannot be vacated or impeached in any proceeding or action of this kind. No attempt has been made by the Plaintiffs either to vacate the return to the execution which was returned satisfied, or to appeal from the Superior Court, or to set aside the proceedings therein as fraudulent or irregular; and they have received, without protest, the money awarded to them under these proceedings.

The judgment should be affirmed, with costs.

All concur.

Affirmed.

JOEL TIFFANY,
State Reporter.